```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
YUDI DIAZ,                                                         :
                                                                   :
                            Plaintiff,                             :
                                                                   :    22-cv-08443 (LJL)
            -v-                                                    :
                                                                   :        ORDER
JACQUEZ ET AL,                                                     :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

LEWIS J. LIMAN, United States District Judge:

    The Court held an initial pretrial conference in this matter on March 20, 2023. Counsel for Defendant appeared at the conference. The Pro Se Plaintiff failed to appear at the conference. Defendant to make its motion to dismiss on or before April 24, 2023. Defendant to serve Plaintiff at last known address and file an affidavit/certificate of service. All previously set deadlines are adjourned.

    SO ORDERED.

Dated: March 27, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge